IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEMETRIC LITTLE,

      Plaintiff,                    No. 2:10-cv-2490 JAM DAD (PC)

    vs.

P.A. C. Marciano, et al.,

      Defendants.

                        /              ORDER

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Defendants have filed a motion to modify the scheduling order filed in this action on May 19, 2011, due to the pendency of this court's February 1, 2012 findings and recommendations recommending dismissal of this action pursuant to Fed. R. Civ. P. 41(b).

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' March 7, 2012 motion for modification of the scheduling order (Doc. No. 32) is granted; and

/////

/////

/////

1

2. The deadline for filing dispositive motions set in this court's October 4, 2011 order (Doc. No. 27) is vacated pending further order of court.

DATED: March 12, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
litt2490.o